```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
RODNEY GONZALEZ,                     :
                                     :
                Plaintiff,           :   08 Civ 3568
                                     :
    - against -                      :   ORDER
                                     :
THE LONG ISLAND RAILROAD,             :
                                     :
                Defendant.           :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated July 18, 2008, pursuant to the parties' consent, the Court directed the Clerk of Court to reassign this case to the designated Magistrate Judge pursuant to 28 U.S.C. § 636(c). A review of the Docket Sheet for this matter indicates that the case remains listed on this Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of July 18, 2008 the Clerk of Court is directed to reassign this case to the designated Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and remove it from this Court's list of pending cases.

**SO ORDERED.**

Dated:   New York, New York
         25 July 2008

                                    VICTOR MARRERO
                                       U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08